United States District Court
Southern District of Texas
**ENTERED**
February 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARK LOCKHART, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-328 |
| | § | |
| MORGAN SOUTHERN INC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is considering—*sua sponte*—whether it has subject matter jurisdiction over this case under 28 U.S.C. § 1332 given the citizenship of the parties. The parties may—after conferring with each other—file written briefs on the matter. The Court will consider any such brief filed on or before **February 27, 2017**.

SIGNED at Galveston, Texas, this 15th day of February, 2017.

_____
George C. Hanks Jr.
United States District Judge